## PURYEAR *v.* HOGAN, DISTRICT ATTORNEY OF NEW YORK COUNTY, ET AL.

No. 336, Misc.   Decided October 13, 1969

*Frank S. Hogan, pro se,* and *Michael R. Juviler* for Hogan, and *Louis J. Lefkowitz,* Attorney General of New York, *pro se, Samuel A. Hirshowitz,* First Assistant Attorney General, and *Maria L. Marcus,* Assistant Attorney General, for Lefkowitz, appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.